# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shanae Scruggs, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 22-510 |
| v. | : | |
| | : | |
| Philadelphia Housing Authority, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of January, 2024, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 41) is **GRANTED** on all claims.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.